IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLALOCK,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BRIAN KIBLER,<br><br>　　　　　　Respondent. | No.  2:21-CV-0946-WBS-DMC-P<br><br><br>ORDER |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus.  Pending before the Court is Petitioner's motion, ECF No. 14, for reimbursement of filing fees assessed in case no. 2:17-CV-1813-TLN-AC.

Petitioner's motion is denied.  A review of the docket in case no. 2:17-CV-1813-TLN-AC reflects that the Court granted Petitioner in forma pauperis status pursuant to 28 U.S.C. § 1915(a).  Under 28 U.S.C. § 1915(b)(1), prisoners who have been granted in forma pauperis status "shall be required" to make monthly payments until the filing fee is paid in full.  The grant of in forma pauperis status does not constitute an order for a full fee waiver, which is not permitted under § 1915(b)(1).

IT IS SO ORDERED.

Dated:  August 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1